UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

GEORGE AND CRISTINA FOWLER                                                    PLAINTIFFS

V.                                                      CIVIL ACTION NO. 1:06cv489-LTS-RHW

STATE FARM FIRE & CASUALTY COMPANY,                                 DEFENDANTS
EDWARD B. RUST, JR., HAAG ENGINEERING,
AND STEVE SAUCIER

## ORDER

In accordance with an opinion filed contemporaneously herewith, **IT IS ORDERED**:

The [13] Motion to Dismiss for Lack of Jurisdiction by defendant Edward B. Rust, Jr. is **GRANTED**, and he is dismissed from this cause of action.

The [14] Motion to Quash Service by defendant Edward B. Rust, Jr. is **MOOT**.

The Plaintiffs' [23] Motion for Leave to File Response Memorandum is **GRANTED**, but no additional filing is required or necessary because the memorandum is attached as an exhibit to the motion and, therefore, is already a part of the record.

Defendant Edward B. Rust, Jr.'s [26] Motion to Strike Proposed Sur-Reply attached to Plaintiffs' [23] Motion for Leave to File Response Memorandum is **DENIED**.

**SO ORDERED** this the 19th day of September, 2006.

s/ *L. T. Senter, Jr.*
L. T. Senter, Jr.
Senior Judge